UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 SEP 28 AM 9: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Celestino ENCISO-Morales )<br>Aka:Celestino MORALES-Enciso )<br>)<br>)<br>Defendant. )<br>) | Magistrate Case No. '07 MJ 2332<br><br>**COMPLAINT FOR VIOLATION OF**<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry after Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about **September 26, 2007**, within the Southern District of California, **Defendant Celestino ENCISO-Morales**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE of COMPLAINANT
Eric Neddermeyer, U.S Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 28th day of **September 2007**.

UNITED STATES MAGISTRATE JUDGE

**Probable Cause Statement**

On September 26, 2007 at approximately 2320 hours, **Celestino ENCISO-Morales (Defendant)** attempted entry into the United States from Tijuana, Mexico at the San Ysidro Port of Entry concealed in a non-factory undercarriage compartment of a Silver 2007 Ford Expedition. The vehicle and all occupants were referred to secondary for further inspection.

In secondary, U.S Customs and Border Protection Officers removed the Defendant from the under carriage compartment and escorted him to a secondary office.

Further queries were conducted and Defendant was determined to be a citizen of Mexico and had no legal documents to enter, pass through or reside in the United States. Queries through the Central Index System (CIS) determined that the Defendant had been previously ordered removed and deported from the United States to Mexico by an Immigration Judge on January 12, 2005 and was physically removed via the San Ysidro Port of Entry on January 14, 2005. Defendant's fingerprints were obtained through the Integrated Automated Fingerprint Identification System confirming his identity and criminal history. Immigration records revealed the Defendant had not received permission from the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

During a videotape proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant stated he was born in el Rancho Publicacion, Jalisco, Mexico. Defendant admitted he does not possess any legal documents to enter the United States. Defendant admitted he made arrangements to be smuggled into the United States with an unknown male in Tijuana, Mexico and was going to pay a smuggling fee between $3,000 and $5,000 USD. Defendant admitted he was previously ordered deported by an Immigration Judge and was physically removed through the San Ysidro Port of Entry, California. Defendant admitted he had not received nor was granted permission to reenter the U.S. Defendant stated he was going to Los Angeles, California to seek employment.