✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN
DISTRICT OF
CALIFORNIA

**APPEARANCE**

Case Number:   07MJ2332

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CELESTINO ENCISO-MORALES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/2/2007 | s/  HEATHER R. ROGERS |
| Date | Signature |
| | Heather R. Rogers / Federal Defenders of SD          229519 |
| | Print Name                                                Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City                          State                          Zip Code |
| | (619) 234-8467                    (619) 687-2666 |
| | Phone Number                                          Fax Number |