1 **HEATHER R. ROGERS**
California State Bar No. 229519
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Facsimile:    (619) 687-2666
e-mail: heather_rogers@fd.org
5

6 Attorneys for Mr. Encisco-Morales

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | Case No. 07mj2332 |
|---|---|---|---|
| 12 | Plaintiff, | ) | |
| 13 | v. | ) | **PROOF  OF SERVICE** |
| 14 | **CELESTINO ENCISO-MORALES**, | ) | |
| 15 | Defendant. | ) | |
| 16 | | ) | |

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
         efile.dkt.gc1@usdoj.gov
21

22 Dated: October 2, 2007                    *s/ Heather R. Rogers*
                                      **HEATHER R. ROGERS**
23                                     Federal Defenders
                                      225 Broadway, Suite 900
24                                     San Diego, CA 92101-5030
                                      (619) 234-8467  (tel)
25                                     (619) 687-2666  (fax)
                                      e-mail: heather_rogers@fd.org
26

27

28