FILED
OCT 30 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
CELESTINO ENCISO-MORALES,
aka Celestino Morales-Enciso,
Defendant.

Criminal Case No. 07cr2926-DMS

I N F O R M A T I O N

Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Misdemeanor);
Title 8, U.S.C., Sec. 1325 -
Illegal Entry (Felony)

The United States Attorney charges:

Count 1

On or about 2/26/05, within the Southern District of California, defendant CELESTINO ENCISO-MORALES, aka Celestino Morales-Enciso, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

DDL:psd:San Diego
10/09/2007

Count 2

On or about September 26, 2007, within the Southern District of California, defendant CELESTINO ENCISO-MORALES, aka Celestino Morales-Enciso, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 10/28/07.

KAREN P. HEWITT
United States Attorney

David Leshner

DAVID D. LESHNER
Assistant U.S. Attorney